## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 520 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 2044 EDA 2016 entered on October |
| | : | 12, 2017, **affirming** the Order of the |
| VICTORIA EDWARDS, | : | Philadelphia County Court of Common |
| | : | Pleas at No. MC-51-CR-0010468- |
| Petitioner | : | 2013 entered on June 24, 2016 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to that court for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. Apr. 26, 2019).